# UNITED STATES DISTRICT COURT

Middle District of Alabama

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | ) ) ) | **SUMMONS IN A CIVIL ACTION** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | CV- 3:06CV733--D R B |
| **JOSEPH DONALD PRATHER** | ) ) | |
| **Defendant.** | ) ) | |

NOTICE TO:        Mr. Don Prather
2171 Co. Road 187
Lanett, AL 36863

     **YOU ARE HEREBY SUMMONED** and required to serve upon **Jennifer Dewees, Plaintiff's attorney, whose address is 2001 Park Place Tower, Suite 911, Birmingham, AL 35203** and answer to the Complaint that is herewith served upon you, <u>within twenty (**20**) days after service of this summons</u> upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

8 22-06
DATE

_Charlene Campbell_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  *Signature of Server*

                                     _____
                                     *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### Middle District of Alabama

| | | |
|---|---|---|
| **CINCINNATI INSURANCE COMPANY** | ) | **SUMMONS IN A CIVIL ACTION** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CV- 3:06CV 733 - D |
| | ) | R |
| **JOSEPH DONALD PRATHER** | ) | B |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

NOTICE TO:      Mrs. Linda Prather
                2171 Co. Road 187
                Lanett, AL 36863


        **YOU ARE HEREBY SUMMONED** and required to serve upon **Jennifer
Dewees, Plaintiff's attorney, whose address is 2001 Park Place Tower, Suite 911,
Birmingham, AL 35203** and answer to the Complaint that is herewith served upon you,
<u>within twenty (**20**) days after service of this summons</u> upon you, exclusive of the day of
service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the Complaint. Any answer that you serve on the parties to this action must
be filed with the Clerk of Court within a reasonable period of time after service.


*Debra P. Hackett*
_____                    _____
CLERK                                       DATE   8-22-06

*Charlene Campbell*
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL    $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date              *Signature of Server*

                              _____
                              *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.