IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:06cv733-MHT |
| JOSEPH DONALD PRATHER and LINDA PRATHER, | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 4) is set for submission, without oral argument, on September 25, 2006, with all briefs due by said date.

DONE, this the 13th day of September, 2006.

                                           /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE