IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CINCINNATI INSURANCE       )
COMPANY,                   )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      3:06cv733-MHT
                           )
JOSEPH DONALD PRATHER      )
and LINDA PRATHER,         )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 4) is denied.

DONE, this the 27th day of September, 2006.


                               /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE