**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

September 27, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Cincinnati Insurance Company v. Prather

Case Number:   3:06-cv-00733-MHT

**This Notice of Correction was filed in the referenced case this date to correct the unreadable PDF documents previously attached by E-Filer.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to docket entries #9 & #10   filed on   September 26, 2006.**

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH DONALD PRATHER )<br>)<br>Defendant. )<br>) | SUMMONS IN A CIVIL ACTION<br><br>CV- 3:06CV733- DRB |

NOTICE TO:    Mr. Don Prather
2171 Co. Road 187
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon **Jennifer Dewees, Plaintiff's attorney, whose address is 2001 Park Place Tower, Suite 911, Birmingham, AL 35203** and answer to the Complaint that is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

_Debra P. Hackett_    8-22-06
CLERK    DATE

_Charlene Campbell_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-14-06 |
| NAME OF SERVER (PRINT) WILLIAM L. SIGNORS | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2171 COUNTY RD 187 LANETT, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-14-06     *William L. Signors*
             Date             Signature of Server

                               P.O. Box 985
                               GARDENDALE, AL
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### Middle District of Alabama

| | | |
|---|---|---|
| **CINCINNATI INSURANCE COMPANY** | ) | **SUMMONS IN A CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | CV- 3:06CV733-D R B |
| **JOSEPH DONALD PRATHER** | ) | |
| Defendant. | ) | |

NOTICE TO:    Mrs. Linda Prather
2171 Co. Road 187
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon **Jennifer Dewees**, Plaintiff's attorney, whose address is **2001 Park Place Tower, Suite 911, Birmingham, AL 35203** and answer to the Complaint that is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

*Debra P. Hackett*                    8-22-06
CLERK                                 DATE

*Charlene Campbell*
(By) DEPUTY CLERK

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 9-14-06 |
| NAME OF SERVER *(PRINT)* WILLIAM L. SIEVERS || TITLE PRIVATE INVESTIGATOR |
| *Check one box below to indicate appropriate method of service* |||
| ☑ | Served personally upon the defendant. Place where served: 2171 COUNTY RD 187 LANETT, AL ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. ||
| | Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: ||
| ☐ | Other (specify): ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-14-06            *William L. Sievers*
              Date                *Signature of Server*

                                  P.O. Box 985
                                  Chardendale, AL 35071
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.