**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY** )<br>)<br>    **Plaintiff,**  )<br>)<br>v.           )<br>)<br>**JOSEPH DONALD PRATHER and** )<br>**LINDA PRATHER** )<br>    **Defendants.** )<br>) | CV-3:06-CV-733-MHT |

**PLAINTIFF'S INITIAL DISCLOSURES**

*COMES NOW,* Plaintiff, Cincinnati Insurance Company, pursuant to Rule 26(a)(1), *Federal Rules of Civil Procedure*, and discloses the following information to Defendants, Don and Linda Prather:

1. Pursuant to Rule 26(a)(1)(A), *Federal Rules of Civil Procedure,* Plaintiff states that the individuals at the present time likely to have discoverable information pursuant to this action in this matter is a representative of Cincinnati Insurance Company, Linda Prather, Don Prather, Tracy Swader and Jason Swader. Cincinnati Insurance Company will have a representative knowledgeable about the policy of insurance at issue.

2. Pursuant to Rule 26(a)(1)(B), *Federal Rules of Civil Procedure*, Plaintiff states that the documents in its possession to support the allegations in the Complaint are as follows: policy # A 01 0134 532, issued to Don & Linda Prather; the Examination Under Oath of Don Prather; the Examination Under Oath of Linda Prather; the

  Examination Under Oath of Tracy Swader; the Examination Under Oath of Jason Swader; and all the exhibits attached to those Examinations Under Oath.

3. Pursuant to Rule 26(a)(1)(C), *Federal Rules of Civil Procedure*, Plaintiff is not seeking damages but rather a Declaratory Judgment from this Honorable Court on this issue of coverage; therefore, there is no computation of damages to report nor any documents relating thereto.

4. Pursuant to Rule 26(a)(1)(D), *Federal Rules of Civil Procedure*, Plaintiff has already produced the applicable policy of insurance to the Defendants.

**RESPECTFULLY SUBMITTED,** this the 17th Day of November, 2006.

          /s/ Jennifer T. Dewees
          Jennifer T. Dewees (ASB1265S35J)
          **Attorney for Plaintiff, Cincinnati Insurance Company**
          2001 Park Place Tower, Suite 911
          Birmingham, AL 35203
          205-251-9958

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following on this the 17th day of November, 2006:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336

2

steph@hgdlawfirm.com

Steven Bullard
1405 16th Place
Valley, AL 36854
***Service by Mail***

                Respectfully Submitted,


                S/Jennifer T. Dewees
                Jennifer T. Dewees, #ASB1265S35J
                2001 Park Place North
                Suite 911
                Birmingham, Alabama 35203
                (205) 251-9958
                Jennifer_Dewees@staffdefense.com