UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 3:06-CV-733-MHT-DRB<br>) |
| JOSEPH DONALD PRATHER, | )<br>) |
| Defendant. | ) |

### Notice of Withdrawal of Counsel

Michael L. Jackson of the firm of Wallace, Jordan, Ratliff & Brandt, L.L.C. hereby withdraws as counsel for Plaintiff, Cincinnati Insurance Company, in the above-captioned case. Attorney Jennifer T. Dewees will continue to represent Cincinnati Insurance Company.

Respectfully submitted this the 20th day of November, 2006.

s/*Michael L. Jackson*
Michael L. Jackson
SJIS No. JAC026
E-mail: mlj@wallacejordan.com

Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office 530910
Birmingham, AL 35253
Phone: 205-870-0555
Fax:    205-871-7534

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 3:06-CV-733-MHT-DRB ) |
| JOSEPH DONALD PRATHER, | ) ) |
| Defendant. | ) |

**Certificate of Service**

I certify that on this 20th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jennifer T. Dewees    Jennifer_Dewees@staffdefense.com

    Stephen D. Heninger    steve@hgdlawfirm.com

    Stewart Sealy Wilbanks    dillardandassoc@aol.com

    Timothy L. Dillard    dillardandhorn@aol.com

    *s/ Michael L. Jackson*
    Michael L. Jackson
    Wallace, Jordan, Ratliff & Brandt, L.L.C.
    Post Office Box 530910
    Birmingham, Alabama 35253
    Voice:  (205) 870-0555
    Fax:  (205) 871-7534
    E-mail: mlj@wallacejordan.com
    SJIS Attorney No. JAC026