```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

```
CINCINNATI INSURANCE      )
COMPANY,                  )
                          )
    Plaintiff,            )
                          )       CIVIL ACTION NO.
    v.                    )         3:06cv733-MHT
                          )
JOSEPH DONALD PRATHER     )
and LINDA PRATHER,        )
                          )
    Defendants.           )
```

## ORDER

It is ORDERED that the notice of withdrawal (doc. no. 18) is treated as a motion to withdraw and said motion is granted.

DONE, this the 28th day of November, 2006.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE