IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV-3:06-CV-733-MHT ) |
| JOSEPH DONALD PRATHER and LINDA PRATHER | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS**

**COMES NOW,** both Plaintiff in the referenced matter and pursuant to Rule 33, FED. R. CIV. P., and propounds this its First Set of Request for Admissions to Linda Prather:

1. Admit that neither your daughter, Tracy Swader, nor your son-in-law, Jason Swader, were resident members of your household during the time period of March 26, 2005 to March 26, 2006.

2. Admit that neither Jason Swader nor Tracey Swader were listed as additional insureds on the policy of insurance bearing number A010134532 with effective dates of March 26, 2005 to March 26, 2006.

3. Admit that you did not bargain for either Tracy Swader or Jason Swader to be insureds on the referenced policy of insurance.

4. Admit that you and/or your husband made endorsements to the referenced policy of insurance to add vehicles.

5. Admit that when additional vehicles were added to the policy that neither you nor Mr. Prather added Tracy Swader nor Jason Swader as named insureds on the policy.

**RESPECTFULLY SUBMITTED,**

**/s/ Jennifer T. Dewees**

**Jennifer T. Dewees (ASB1265S35J)**
**Attorney for Plaintiff, Cincinnati Insurance Company**
2001 Park Place Tower, Suite 911
Birmingham, AL 35203
205-251-9958

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following on this the 9th day of April, 2007:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336
steph@hgdlawfirm.com

Steven Bullard
1405 16th Place
Valley, AL 36854
*Service by Mail*

2

Respectfully Submitted,

/s/Jennifer T. Dewees
Jennifer T. Dewees, #ASB1265S35J
2001 Park Place North
Suite 911
Birmingham, Alabama 35203
(205) 251-9958
Jennifer_Dewees@staffdefense.com

4