**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV-3:06-CV-733-MHT |
| **JOSEPH DONALD PRATHER and LINDA PRATHER** ) ) ) | |
| Defendants. ) ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

TO:  CLERK OF COURT

PLEASE TAKE NOTICE that the undersigned has on the 9th day of April 2007, served on counsel for all parties the following documents:

**(XX)  Plaintiff's First Set of Request for Admissions propounded upon Defendant, Linda Prather**

Respectfully submitted,

   /s/ Jennifer T. Dewees
Jennifer T. Dewees **#ASB1265S35J**
Attorney for Cincinnati Insurance Company

911 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
205.251.9958

CERTIFICATE OF SERVICE

      I, hereby, certify that I have on this the 9th day of April, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336
steph@hgdlawfirm.com

Steven Bullard
1405 16th Place
Valley, AL 36854
***Service by Mail***

This, the 9th day of April, 2007.

                                           /s/ Jennifer T. Dewees
                                           Jennifer T. Dewees #ASB1265S35J