**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY** ) ) ) | |
|     **Plaintiff,** ) ) | |
| v. ) ) | CV-3:06-CV-733-MHT |
| **JOSEPH DONALD PRATHER and LINDA PRATHER** ) ) ) | |
|     **Defendants.** ) ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

    In accordance with the order of this Court, the undersigned **party** or parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ There are no entities to be reported.

− or −

    The following entities are hereby reported:

    Cincinnati Insurance Company is a wholly owned subsidiary of Cincinnati Financial Corporation, which is a publicly held company. The Cincinnati Life Insurance Company, The Cincinnati Casualty Company and the Cincinnati Indemnity Company are subsidiaries of Cincinnati Insurance Company. CinFin Capital Management Company and CFC Investment Company are other subsidiaries of The Cincinnati Financial Corporation and may be considered affiliated companies to Cincinnati Insurance Company.

**April 12, 2007**
Date

                                                s/Jennifer T. Dewees
                                                Jennifer T. Dewees, #ASB1265S35J
                                                2001 Park Place North
                                                Suite 911
                                                Birmingham, Alabama 35203
                                                (205) 251-9958

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing has been electronically filed on this the 12th day of April 2007 to the following:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336
steph@hgdlawfirm.com

Steven Bullard
1405 16th Place
Valley, AL 36854
*Service by Mail*

                Respectfully Submitted,

                s/Jennifer T. Dewees
                Jennifer T. Dewees, #ASB1265S35J
                2001 Park Place North
                Suite 911
                Birmingham, Alabama 35203
                (205) 251-9958
                Jennifer_Dewees@staffdefense.com