IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV-3:06-CV-733-MHT |
| JOSEPH DONALD PRATHER and ) LINDA PRATHER ) Defendants. ) ) | |

## MOTION FOR ORDER ON PLAINTIFF'S REQUEST FOR ADMISSIONS

**COMES NOW**, Plaintiff, Cincinnati Insurance Company, by and through undersigned counsel of record and pursuant to Rule 36, FED. R. CIV. P., and requests this Honorable Court to issue an Order that Plaintiff's Request for Admissions propounded to Defendants are admitted. In support thereof, Plaintiff would show unto this Honorable Court the following:

1. Plaintiff firstly electronically filed its first set of Request for Admissions directed to Defendants on April 11, 2007, by which all counsel of record received copy of not only the notice of service of Request for Admissions but an actual copy of the Request for Admissions.

2. However, such notice was stricken by this Honorable Court on April 12, 2007 for Plaintiff's failure to comply with local rules regarding non-filing of civil discovery;

3. Therefore, Plaintiff resent the Notice of Filing of Request for Admissions on April 12, 2007 which notice is attached hereto and incorporated herein as if fully reproduced as Exhibit "A".

4. It has been more than the time proscribed by Rule 36, FED. R. CIV. P., for Defendants to respond to Plaintiff's First Set of Request for Admissions.

5. Therefore, "The matter is admitted unless, within 30 days after service of the request, or within shorter or longer time as the court may allow or as the party may agree to in writing, subject to Rule 29, the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by the party's attorney." Rule 30, FED. R. CIV. P.,

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests this Honorable Court to deem the matters set forth in its First Set of Request for Admissions directed to Defendants to be admitted.

> RESPECTFULLY SUBMITTED,
> /s/ Jennifer T. Dewees
> Jennifer T. Dewees (ASB1265S35J)
> Attorney for Plaintiff, Cincinnati Insurance Company
> 2001 Park Place Tower, Suite 911
> Birmingham, AL 35203
> 205-251-9958

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following on this the 18th day of May, 2007:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

2

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336
steph@hgdlawfirm.com

Thomas Coleman, Jr.
Smith Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, AL 35203-3713
205-251-5885

Steven Bullard
1405 16th Place
Valley, AL 36854
*Service by Mail*

                    Respectfully Submitted,

                    /s/Jennifer T. Dewees
                    Jennifer T. Dewees, #ASB1265S35J
                    2001 Park Place North
                    Suite 911
                    Birmingham, Alabama 35203
                    (205) 251-9958
                    Jennifer_Dewees@staffdefense.com

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY </br></br> Plaintiff, </br></br> v. </br></br> JOSEPH DONALD PRATHER and LINDA PRATHER </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CV-3:06-CV-733-MHT </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS

**COMES NOW,** both Plaintiff in the referenced matter and pursuant to Rule 33, FED. R. CIV. P., and propounds this its First Set of Request for Admissions to Linda Prather:

1. Admit that neither your daughter, Tracy Swader, nor your son-in-law, Jason Swader, were resident members of your household during the time period of March 26, 2005 to March 26, 2006.

2. Admit that neither Jason Swader nor Tracey Swader were listed as additional insureds on the policy of insurance bearing number A010134532 with effective dates of March 26, 2005 to March 26, 2006.

3. Admit that you did not bargain for either Tracy Swader or Jason Swader to be insureds on the referenced policy of insurance.

4. Admit that you and/or your husband made endorsements to the referenced policy of insurance to add vehicles.

5. Admit that when additional vehicles were added to the policy that neither you nor Mr. Prather added Tracy Swader nor Jason Swader as named insureds on the policy.

RESPECTFULLY SUBMITTED,

*/s/ Jennifer J. Dewees*

Jennifer T. Dewees (ASB1265S35J)
Attorney for Plaintiff, Cincinnati Insurance
Company
2001 Park Place Tower, Suite 911
Birmingham, AL 35203
205-251-9958

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served pursuant to Fed. R. Civ. P. 5 by placing same in the United States Mail post-age pre-paid on this the ___ day of April 2007 to the following:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336
steph@hgdlawfirm.com

Steven Bullard
1405 16th Place
Valley, AL 36854
*Service by Mail*

Respectfully Submitted,

Jennifer J. Dewees, #ASB1265S35J
2001 Park Place North
Suite 911
Birmingham, Alabama 35203
(205) 251-9958
Jennifer_Dewees@staffdefense.com

3