IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-00733-MHT-TFM |
| | ) | |
| JOSEPH DONALD PRATHER, and | ) | |
| LINDA PRATHER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon of review and consideration of Plaintiff's *Motion for Order on Plaintiff's Request for Admissions* (Doc. 25, filed May 18, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **May 28, 2007**.

DONE this 18th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE