IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION: CV-2006-733-DRB |
| | ) | |
| JOSEPH DONALD PRATHER and | ) | |
| LINDA PRATHER, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW counsel for the Defendants, Stephen D. Heninger, and in response to the Court's Order to Show Cause why there have been no responses to the Plaintiff's Request for Admissions, says as follows:

1. Co-counsel prepared responses to these Request for Admissions and attempted to file them electronically. His office was notified that these were discovery matters and should not be filed. Apparently, the office of Mr. Dillard did not send a copy to counsel for the Plaintiff.

2. Now that we have discovered this error, counsel for the Defendants have issued responses and hand delivered them to counsel for the Plaintiff on May 23, 2007.

> s/Stephen D. Heninger
> Stephen D. Heninger
> Attorney for Defendants
> Heninger Garrison Davis, LLC
> P. O. Box 11310
> Birmingham, Alabama 35205
> (Telephone)   205.326.3336
> (Facsimile)   205.326.3332
> E-mail:   Steve@hbvdlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer T. Dewees, Esq.
2001 Park Place North
Suite 911
Birmingham, Alabama 35203
205.251.9958
(Attorney for Cincinnati Insurance Company)

Timothy L. Dillard, Esq.
DILLARD & ASSOCIATES, L.L.C.
Fourth Floor, Berry Building
2015 Second Avenue North
Birmingham, Alabama 35203
(Co-Counsel)

Steven Bullard
1405 16th Place
Valley, Alabama 36854

Thomas Coleman, Jr., Esq.
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North Suite 200
Birmingham, Alabama 35203
(Attorney for J. Smith Lanier Company)

                                                            s/Stephen D. Heninger
                                                            Stephen D. Heninger