IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-00733-MHT-TFM |
| | ) | |
| JOSEPH DONALD PRATHER, and | ) | |
| LINDA PRATHER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon of review and consideration of Plaintiff's *Motion for Order on Plaintiff's Request for Admissions* (Doc. 25, filed May 18, 2007) and *Defendants' Response to Order to Show Cause* (Doc. 27, filed May 24, 2007), it is for good cause

**ORDERED** Plaintiff's *Motion for Order on Plaintiff's Request for Admissions* (Doc. 25) is **DENIED as moot**.

DONE this 24th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE