## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV-3:06-CV-733-MHT |
| JOSEPH DONALD PRATHER and LINDA PRATHER | ) ) ) | |
| Defendants. | ) ) | |

### AMENDED CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned **party** or parties to the above captioned matter do hereby make the following additional disclosure concerning subsidiaries in addition to the entities which were previously reported by filing dated April 12, 2007. Please note that The Cincinnati Specialties Underwriters Insurance Company is an additional subsidiary of The Cincinnati Financial Corporation and maybe considered an affiliated company to The Cincinnati Insurance Company reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ There are no entities to be reported.

– or –

The following entities are hereby reported:

Cincinnati Insurance Company is a wholly owned subsidiary of Cincinnati Financial Corporation, which is a publicly held company. The Cincinnati Life Insurance Company, The Cincinnati Casualty Company, the Cincinnati Indemnity Company, and The Cincinnati Specialties Underwriters Insurance Company are subsidiaries of Cincinnati Insurance Company. CinFin Capital Management Company and CFC Investment Company are other subsidiaries of The Cincinnati Financial Corporation and may be considered affiliated companies to Cincinnati Insurance Company.

**September 17, 2007**
Date

s/Jennifer T. Dewees
Jennifer T. Dewees, #ASB1265S35J
2001 Park Place North
Suite 911

Birmingham, Alabama 35203
(205) 251-9958

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed on this the 17th day of September 2007 to the following:

Timothy L. Dillard
Dillard and Associates, LLC
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
205-251-2823
dillard&horn@aol.com

Stephen D. Heninger
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
205-326-3336
steph@hgdlawfirm.com

Steven Bullard
1405 16th Place
Valley, AL 36854
*Service by Mail*

Respectfully Submitted,

s/Jennifer T. Dewees
Jennifer T. Dewees, #ASB1265S35J
2001 Park Place North
Suite 911
Birmingham, Alabama 35203
(205) 251-9958
Jennifer_Dewees@staffdefense.com