**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JOSEPH DONALD PRATHER and** )<br>**LINDA PRATHER,** )<br>)<br>**Defendants.** ) | **Civil Action No: 3:06: CV 733-DRB** |

### REPORT OF PARTIES MEDIATION STATUS

The parties to the instant case met on September 17, 2007 for purposes of discussing mediation. It was concluded that the parties would schedule a time and date for the mediation of the case at hand and also attempt to resolve all issues dealing with this case and the companion case that is presently pending in the Circuit Court of Chambers County, Alabama. A time and date is to be mutually agree upon in the near future in hopes that all issues can be resolved.

        Respectfully Submitted,

        /s/ Timothy L. Dillard
        Timothy L. Dillard
        Attorney for the Defendants
        DILLARD & ASSOCIATES, L.L.C
        Fourth Floor, Berry Building
        2015 Second Avenue North
        Birmingham, Alabama 35203
        Telephone: (205) 251-2823
        Fax: (205) 251-3832
        Email: dillardandassoc@aol.com
        Bar Number: ASB-1618-D63T

Of Counsel:

Stephen Heninger
HENINGER, GARRISON & DAVIS, L.L.C
PO Box 13110
Birmingham, Alabama 35202
steve@hgdlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 19th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer T. Dewees
2001 Park Place North, Suite 911
Birmingham, Alabama 35203
jennifer_dewees@staffdefense.com

                                            /s/ Timothy L. Dillard
                                            Of Counsel