IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:06cv733-MHT |
| JOSEPH DONALD PRATHER and LINDA PRATHER, | ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion to continue (doc. no. 32) is denied.

DONE, this the 19th day of October, 2007.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE