IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CINCINNATI INSURANCE      )
COMPANY,                  )
                          )
    Plaintiff,            )
                          )        CIVIL ACTION NO.
    v.                    )         3:06cv733-MHT
                          )
JOSEPH DONALD PRATHER     )
and LINDA PRATHER,        )
                          )
    Defendants.           )
```

CONSENT JUDGMENT

The parties have entered into an agreement concerning this matter.  THEREFORE, it is ORDERED and DECLARED as follows:

(1) There is insurance coverage for the listed insured Tracy Swader, the daughter of the named insureds.

(2) There is no insurance coverage for Jason Swader, the son-in-law of the named insureds.

(3) The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of November, 2007.

                                             /s/ Myron H. Thompson
                                             **UNITED STATES DISTRICT JUDGE**

**APPROVED:**


**/s/ Jennifer Theresa Dewees**
**ATTORNEY FOR PLAINTIFF**


**/s/ Stephen Don Heninger**
**ATTORNEY FOR DEFENDANT**